IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

ROBERT LEON BATTLE,  )
　)
　Petitioner,　)
　)
v.　) CV 317-056
　)
WARDEN VANCE LAUGHLIN,  )
　)
　Respondent.　)

# O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Petitioner's motion to proceed *in forma pauperis*, (doc. no. 7), **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this _____ day of January, 2018, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE